# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

### Civil Action No.: 8:18-cv-00340-VMC-TGW

| | |
|---|---|
| Kristin Huff, *on behalf of herself and all others similarly situated,* | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| Convergent Outsourcing, Inc., | : <br> : <br> : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a Notice of Withdrawal of Complaint and Voluntary Dismissal of this action *with prejudice* pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: November 16, 2018

                                                        Respectfully submitted,

                                                        PLAINTIFF, Kristin Huff

                                                        By: /s/ Tamra Givens
                                                            Tamra Givens, Esq.
                                                             LEMBERG LAW, L.L.C.
                                                             43 Danbury Road, 3rd Floor
                                                             Wilton, CT 06897
                                                             Telephone: (203) 653-2250
                                                             Facsimile: (203) 653-3424
                                                             Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

   I hereby certify that on November 16, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By_/s/ Tamra Givens_____

            Tamra Givens