UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Civil Action No.: 8:18-cv-00340-VMC-TGW

Kristin Huff, *on behalf of herself and all others similarly situated,*

                Plaintiff,

v.

Convergent Outsourcing, Inc.,

                Defendant.

## **STIPULATION OF DISMISSAL**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without each party to bear its own costs. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| Kristin Huff | Convergent Outsourcing, Inc. |
|---|---|
| ___/s/ Tamra Givens_____ | _/s/ _____ |
| Tamra Givens, Esq. | Dale T. Golden, Esq. |
| LEMBERG LAW, LLC | Charles J. Mchale, Esq. |
| 43 Danbury Road, 3rd Floor | GOLDEN SCAZ GAGAIN, PLLC |
| Wilton, CT 06897 | 201 North Armenia Avenue |
| Tel: (203) 653-2250 | Tampa, FL 33609 |
| tgivens@lemberglaw.com | Tel: (813) 251-5500 |
| Attorney for Plaintiff | dgolden@gsgfirm.com |

            cmchale@gsgfirm.com
            Attorney for Defendant

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 30, 2018, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Middle District of Florida Electronic Document Filing System (ECF), which sent notice of such filing to the following:

        By */s/ Sergei Lemberg*

         Sergei Lemberg, Esq.